# United States Court of Appeals for the Federal Circuit

May 4, 2011

**ERRATA**

2009-5031, -5032

DOMINION RESOURCES, INC.,
DOMINION NUCLEAR CONNECTICUT, INC.,
and VIRGINIA ELECTRIC AND POWER COMPANY,
Plaintiffs-Appellees,

v.

UNITED STATES,
Defendant-Appellant.

Decided April 25, 2011
Precedential Opinion

Please make the following changes:

Page 1, Attorneys and firms represented

HAROLD D. LESTER, JR, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON. Director, and LISA L. DONAHUE, Trial Attorney. Of counsel on the brief were ANDREW P. AVERBACH, Senior Trial Counsel, and CHRISTOPHER J. CARNEY and SCOTT SLATER, Trial Attorneys; JANE K. TAYLOR, Office of General Counsel, United States Department of Energy, of Washington, DC.